IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JORGE GUERRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-4149 |
| MENARD, INC. | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

THE DEFENDANT, MENARD, INC., by and through its attorneys, QUINN JOHNSTON, pursuant to 28 U.S.C. §1441 *et. seq*., hereby petitions to remove this action from the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, to the United States District Court for the Central District of Illinois, Rock Island Division.  In support, Defendant states:

1. On or about August 5, 2022, Plaintiff, JORGE GUERRA, filed a Complaint against Defendant, MENARD, INC., in Rock Island County, Illinois.

2. Defendant was served on September 16, 2022.  Copies of the Summons and Complaint served upon Defendant are attached as Exhibit A.

3. Upon information and belief, Plaintiff is a resident and citizen of the State of Illinois.

4. Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

5. The claim alleged in Plaintiff's Complaint arises out of an occurrence in Moline, Rock Island County, Illinois.

6. Plaintiff seeks judgment in excess of the jurisdictional limit of $50,000.00. (Exhibit A).

7.  Based on the nature of Plaintiff's complained of injuries, and the language of her Complaint, it appears that Plaintiff seeks damages an amount in excess of the jurisdictional requirement of $75,000.00. (Exhibit A).

8.  This Court has original jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

9.  Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of service of Summons.

10.  Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal with the Clerk of the Circuit Court of Rock Island County, Illinois, thereby effecting removal to this Court.

WHEREFORE, the Defendant, MENARD, INC., prays that the above action now pending against it in the Circuit Court of Rock Island County, Illinois, be removed therefrom to this Court.

MENARD, INC., Defendant

*/s/James A. Borland*
James A. Borland (Illinois Bar No. 6206595)
QUINN JOHNSTON
400 South Ninth Street, Suite 102
Springfield, IL 6201
Telephone:  (217) 753-1133
Facsimile:  (217) 753-1180
Email:  jborland@quinnjohnston.com

P a g e   3 | 3

## CERTIFICATE OF SERVICE

I hereby certify that on **October 12, 2022**, I electronically filed a **Notice of Removal** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Galvin
VanDerGinst Law, P.C.
4950 38th Avenue
Moline, IL 61265
m.galvin@vlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

/s/James A. Borland
James A. Borland (Illinois Bar No. 6206595)
QUINN JOHNSTON
400 South Ninth Street, Suite 102
Springfield, IL 6201
Telephone:    (217) 753-1133
Facsimile:    (217) 753-1180
Email: jborland@quinnjohnston.com