

# Notice of Service of Process

null / ALL
Transmittal Number: 25568658
Date Processed: 09/16/2022

| | |
|---|---|
| **Primary Contact:** | Andrew Akey<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Jim McMenomy<br>Meghan Olson<br>Todd Lemanski<br>Brianna Varanko<br>Jaime Schroeder |
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Menard, Inc. |
| **Title of Action:** | Jorge Guerra vs. Menard, Inc. |
| **Matter Name/ID:** | Jorge Guerra vs. Menard, Inc. (12948770) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Rock Island County Circuit Court, IL |
| **Case/Reference No:** | 22-LA-64 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 09/16/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Vanderginst Law, P.C.<br>309-788-5297 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



DEFENDANT'S EXHIBIT A

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | | |
|---|---|---|
| Jorge Guerra | ) | |
| Plaintiff | ) | |
| | ) | 22-LA-64 |
| vs. | ) | |
| Menard, Inc. | ) | |
| Defendant | ) | |

### FIRST ALIAS SUMMONS

To the defendant: Prentice Hall Corporation, Registered Agent
801 Adlai Stevenson Drive, Springfield, Illinois 62703

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the server:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

9/1/2022
Witness _____ 2022

Michael J. Galvin
VanDerGinst Law, P.C.
4950 38th Avenue
Moline, IL 61265
P: 309-788-5297
F: 309-517-3020
m.galvin@vlaw.com

_____
Clerk of Court   EEN/WAR

Date of Service _____

FILED
8/5/2022 9:17 AM
TAMMY WEIKERT, CIRCUIT CLERK
ROCK ISLAND COUNTY, IL

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | |
|---|---|
| Jorge Guerra | )<br>) |
| Plaintiff | )<br>) |
| vs. | ) 2022LA64<br>) |
| Menard, Inc. | )<br>) |
| Defendant | )<br>) |

## COMPLAINT

NOW COMES the Plaintiff, JORGE GUERRA, by and through his attorney, Michael J. Galvin of the firm VanDerGinst Law, P.C., and complaining of the Defendant, states as follows:

### COUNT 1

1. That on August 22, 2020, and for a long time prior and subsequent thereto, the defendant, Menard, Inc., owned, operated, maintained, and controlled the premises located at 6400 44th Avenue, City of Moline, County of Rock Island and State of Illinois, and in particular shopping cart storage and/or placement for use by patrons inside the premises.

2. That on or about said date the Plaintiff, Jorge Guerra, was lawfully walking inside the premises of said defendant, at the location aforesaid.

3. That at all times material herein, Jorge Guerra, was in the exercise of ordinary care and caution for his own safety and free from contributory negligence.

4.    That it then and there became and was the duty of the defendant, Menard, Inc., to exercise reasonable care in the storage of shopping carts for the safety of those persons, including the plaintiff, who were lawfully inside said premises.

5.    That at said time and place, the defendant, Menard, Inc., notwithstanding their aforesaid duty, was guilty of one or more of the following negligent and careless acts or omissions:

   a.    Carelessly and negligently permitted the storage and/or placement of shopping carts in an area where they would interfere with the safe passage for store patrons walking in the store, when the defendant knew or should have known of the tripping hazard presented by the storage and/or placement of said shopping carts;

   b.    Carelessly and negligently failed to monitor said premises and maintain shopping cart storage and/or placement of them in a safe condition for an unreasonably long period of time;

   c.    Carelessly and negligently failed to warn pedestrians, including the Plaintiff, that said shopping cart storage and/or placement was configured as such to cause a tripping hazard;

   d.    Carelessly and negligently failed to reconfigure the unsafe and hazardous manner in which shopping carts were stored and/or placed for an unreasonably long period of time; and

   e.    Carelessly and negligently failed to maintain said premises in a safe condition for persons walking in the store where shopping carts were stored and/or placed.

6.  That as a direct and proximate result of one or more of the foregoing acts or omissions, the Plaintiff, Jorge Guerra, was caused to trip and fall on a shopping cart at the premises aforesaid.

7.  That as a direct and proximate result of the aforesaid, the Plaintiff suffered diverse injuries, both internally and externally, of a permanent and lasting nature, which have caused to expend and in the future will be compelled to expend, large sums of money in endeavoring to be cured of said injuries; thereby incurring losses of large sums of money; and the Plaintiff has been and in the future will be prevented from attending to his usual affairs and duties; and the Plaintiff was caused great pain and suffering as a result of this occurrence.

WHEREFORE, the Plaintiff, Jorge Guerra, prays for judgment against the Defendant, Menard, Inc., for a sum in excess of $75,000.

Respectfully submitted,

*/s/ Michael J. Galvin*

Michael J. Galvin
VanDerGinst Law, P.C.
4950 38th Avenue
Moline, IL 61265
P: 309-788-5297
F: 309-517-3020
m.galvin@vlaw.com

3